1  Stephen M. Doniger (SBN 179314)
   stephen@donigerlawfirm.com
2  Scott A. Burroughs (SBN 235718)
3  scott@donigerlawfirm.com
   David Shein (SBN 230870)
4  david@donigerlawfirm.com
5  DONIGER / BURROUGHS
   603 Rose Avenue
6  Venice California 90291
7  Telephone: (310) 590-1820

8  Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KAPLAN, an individual; | Case No.:CV16-cv-02620-FMO (ASx) |
| | *Honorable Fernando M. Olguin Presiding* |
| Plaintiff, | |
| | **ORDER ON STIPULATION [21] TO DISMISS ACTION** |
| vs. | |
| WTN MEDIA, LLC, a Wisconsin limited liability company; and DOES 1-10, | |
| Defendants. | |

1
ORDER ON STIPULATION TO DISMISS ACTION

<u>ORDER</u>:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This Action is dismissed with prejudice; and
2. All parties will bear their own costs and attorney's fees incurred against one another in this action.

<u>IT IS SO ORDERED</u>

Date: December 8, 2016          By:          /s/
                                    HON. FERNANDO M. OLGUIN
                                    U.S. DISTRICT COURT JUDGE